AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>CHARMING MEDICAL, LIMITED; KIT WONG; CHING MAN CHEUNG ; JOSEPHINE YAN YEUNG; LEUT MING GUNG; SHU TAI VICTOR YU; CATHAY SECURITIES INC.; , and COGENCY GLOBAL, INC.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
                    See attached Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                    Jeffrey P. Jacobson
                    SCOTT+SCOTT ATTORNEYS AT LAW LLP
                    230 Park Avenue, 24th Floor
                    New York, NY 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

*Louie v. Charming Medical Limited*

SCHEDULE A TO SUMMONS

CHARMING MEDICAL, LIMITED
122 E 42nd Street, 18th Floor
New York, NY. 10168

KIT WONG
122 E 42nd Street, 18th Floor
 New York, NY. 10168

CHING MAN CHEUNG
122 E 42nd Street, 18th Floor
New York, NY. 10168

JOSEPHINE YAN YEUNG
122 E 42nd Street, 18th Floor
New York, NY. 10168

LEUT MING GUNG
122 E 42nd Street, 18th Floor
New York, NY. 10168

SHU TAI VICTOR YU
122 E 42nd Street, 18th Floor
New York, NY. 10168

CATHAY SECURITIES INC.
40 Wall Street Suite 3600
New York, NY 10005

WWC, P.C.
2010 Pioneer Court
San Mateo, CA 94403

COGENCY GLOBAL, INC.
122 E 42nd Street, 18th Floor
New York, NY.  10168