**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARMING MEDICAL, LIMITED; KIT WONG; CHING MAN CHEUNG; JOSEPHINE YAN YEUNG; LEUT MING GUNG; SHU TAI VICTOR YU; CATHAY SECURITIES INC.; WWC, P.C.; and COGENCY GLOBAL, INC.,<br><br>Defendants. | Case No. 1:25-cv-10535-JPO<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION AND ORDER REGARDING SCHEDULE <u>FOR THE</u>**
**<u>FILING OF THE AMENDED COMPLAINT AND MOTION TO DISMISS</u>**

Lead Plaintiffs Grant Albert, James McKnight, and Bernard Whelan (collectively, the "Charming Investor Group" or "Plaintiffs") and Defendants WWC, P.C. ("WWC"), Charming Medical Limited, Cathay Securities Inc., and Cogency Global, Inc. (collectively, the "Defendants") respectfully submit this Joint Stipulation and Proposed Order Regarding Schedule for the Filing of the Amended Complaint and Motion to Dismiss.

WHEREAS, on April 27, 2026, the Plaintiffs and Defendants Charming Medical Limited, Cathay Securities Inc., and Cogency Global, Inc. (collectively, "Appeared Defendants") entered into and filed a Joint Stipulation and Proposed Order Regarding Schedule for the Filing of the Amended Complaint and Motion to Dismiss (ECF No. 50);

WHEREAS, on April 28, 2026, the Court entered the Joint Stipulation and Order Regarding Schedule for the Filing of the Amended Complaint and Motion to Dismiss (ECF No. 51) (the "Scheduling Order");

WHEREAS, the Scheduling Order provides that: (1) Plaintiffs shall file the Amended Complaint no later than June 12, 2026; (2) Appeared Defendants shall answer, move against, or otherwise respond to the Amended Complaint on or before August 11, 2026; (3) if the Appeared Defendants move to dismiss the Amended Complaint, Plaintiffs' opposition to Appeared Defendants' motion to dismiss the Amended Complaint shall be filed on or before September 25, 2026; and (4) Appeared Defendants shall file their reply in support of their motion to dismiss the Amended Complaint on or before October 26, 2026;

WHEREAS, WWC was named as a defendant in this action in the initial complaint filed on December 19, 2025 (ECF No. 1) and desires to join and be bound by the Scheduling Order on the same terms as the Appeared Defendants;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court that:

1.      Every pleading in this action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE CHARMING MEDICAL LIMITED SECURITIES LITIGATION | Case No. 1:25-cv-10535-JPO<br><br>CLASS ACTION<br><br>[TITLE OF DOCUMENT] |
|---|---|

2.      Plaintiffs shall file the Amended Complaint no later than June 12, 2026;

3.      WWC shall answer, move against, or otherwise respond to the Amended Complaint on or before August 11, 2026;

4.      If WWC moves to dismiss the Amended Complaint, Plaintiffs' opposition to WWC's motion to dismiss the Amended Complaint shall be filed on or before September 25, 2026; and

2

5.     WWC shall file its reply in support of its motion to dismiss the Amended Complaint

on or before October 26, 2026.

Dated: June 9, 2026

**POMERANTZ LLP**

   */s/ Jianan Jiang*
Omar Jafri (*pro hac vice*)
Jianan Jiang (*pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
ojafri@pomlaw.com
ajiang@pomlaw.com


J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
***Attorneys for Lead Plaintiffs Grant Albert,
James McKnight, and Bernard Whelan***

**CROWELL & MORING LLP**

   */s/ Mark D. Lee*
Joshua Sohn
Mark D. Lee
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
jsohn@crowell.com
malee@crowell.com
***Attorneys for Defendant WWC, P.C.***


**SULLIVAN & WORCESTER LLP**

   */s/ Christopher K. Shields*
David E. Danovitch
Christopher K. Shields
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
ddanovitch@sullivanlaw.com
cshields@sullivanlaw.com
***Attorneys for Defendants Charming
Medical Limited and Cathay Securities
Inc.***


**K&L GATES LLP**

   */s/ Joanna A. Diakos*
Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4807
Facsimile: (212) 536-3901
joanna.diakos@klgates.com

*Attorney for Defendant Cogency Global, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:___June 10_____, 2026        _____
                                        J. PAUL OETKEN
                                        United States District Judge

4