UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHARMING MEDICAL LIMITED SECURITIES LITIGATION,<br><br>            Plaintiff,<br><br>      v.<br><br>Leut Ming Gung<br><br>            Defendants. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 25-cv-10535-JPO |

I hereby certify under the penalties of perjury that on the 28th day of July 2026, I served one copy

of the summons in a civil action, amended class action complaint, and exhibit 1 directed to Leut

Ming Gung; Flat A, 21/F, Block 3, The Merton, 8 Davis Street, Kennedy Town, Hong Kong,

China pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by Federal Express #8747 5840 2664.


Dated:  New York, New York
        July 28, 2026

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk